```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/9/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
**KIMBERLY BARKER,**
*On behalf of herself, FLSA Collective Plaintiffs, and the Class,*

                                 **Plaintiff,**

     **-against-**

**LIGHTHOUSE GUILD INTERNATIONAL, INC., ET AL.,**

                               **Defendants.**
-------------------------------------------------------------------- x

**19-CV-7916 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

    It having been reported to this Court that this case has been or will be settled, it is hereby

**ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty (30) days.

**SO ORDERED.**

**Dated:**     **June 9, 2020**
              **New York, New York**

                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**